Eugene A. Ritti, ISB No. 2156
Steven W. Berenter, ISB No. 2682
Hawley Troxell Ennis & Hawley LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5256
Email: eritti@hawleytroxell.com
           sberenter@hawleytroxell.com

Attorneys for Defendants URS Corporation, and Washington Group International, Inc., Executive Severance Pay Plan

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EARL WARD,<br><br>          Plaintiff,<br><br>     v.<br><br>URS CORPORATION, a Delaware Corporation; and WASHINGTON GROUP INTERNATIONAL, INC., EXECUTIVE SEVERANCE PAY PLAN,<br><br>          Defendants. | Case No. CV-10-00206-S-BLW<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by Defendants and Plaintiff, by and through their respective counsel of record, that the above-entitled action has been fully and finally settled, that the complaint may be dismissed with prejudice, and that each party is to bear its or his own costs and attorneys' fees.

STIPULATION TO DISMISS WITH PREJUDICE - 1

DATED THIS 28th day of October, 2010.

                HAWLEY TROXELL ENNIS & HAWLEY LLP

                By /s/
                    Steven W. Berenter, ISB No. 2682
                    Attorneys for Defendants URS Corporation, and
                    Washington Group International, Inc.,
                    Executive Severance Pay Plan

DATED THIS 28th day of October, 2010.

                ROSSMAN LAW GROUP, PLLC

                By /s/
                    Eric S. Rossman
                    Attorneys for Plaintiff

STIPULATION TO DISMISS WITH PREJUDICE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of October, 2010., I electronically filed the foregoing STIPULATION TO DISMISS WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Eric S. Rossman | erossman@rossmanlaw.com |
| Erica S. Phillips | ephillips@rossmanlaw.com |
| ROSSMAN LAW GROUP, PLLC | |
| 737 N. 7th Street | |
| Boise, ID 83702 | |
| [Attorneys for Plaintiff] | |

/s/
Steven W. Berenter

STIPULATION TO DISMISS WITH PREJUDICE - 3